# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | | |
|---|---|---|
| United States of America<br>v.<br>Henry Javier Zuniga-Arrasola,<br>A209 137 923<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  17-424 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of September 27, 2017, in the County of Pinal, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), a felony, and Title 8, U.S.C. § 1325(a)(2), a class B misdemeanor, an offense described as follows:

**See Attachment A Incorporated By Reference Herein**

I further state that I am a Border Patrol Agent with U.S. Customs and Border Protection.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY:  Charles E. Bailey Jr., P.S. for AUSA Brooke T. Afshari

☒ Continued on the attached sheet.

*Complainant's signature*
Albert A. Martinez
U.S. Border Patrol Agent
*Printed name and title*

Reviewed, approved, and signed in person.

Date:  September 28, 2017

*Judge's signature*

City and state:  Phoenix, AZ

Michelle H. Burns
United States Magistrate Judge
*Printed name and title*

## ATTACHMENT A

### Count 1

On or about September 27, 2017, Henry Javier Zuniga-Arrasola, an alien, was found in the United States of America at or near Casa Grande, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Albuquerque, New Mexico, on or about February 8, 2017, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

### Count 2

On or about September 27, 2017, at or near Casa Grande, in the District of Arizona, Henry Javier Zuniga-Arrasola, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2), a class B misdemeanor.

## STATEMENT OF PROBABLE CAUSE

I, Albert A. Martinez, being duly sworn, hereby depose and state as follows:

1. Your affiant is a United States Border Patrol agent. I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On September 27, 2017, Border Patrol Agents R. Gantt and M. Campos encountered an individual near Casa Grande, in the District of Arizona. The agents identified themselves as Border Patrol agents and performed an immigration inspection on the individual. The individual, later identified as Henry Javier Zuniga-Arrasola, admitted to being a citizen and national of a country other than the United States, unlawfully present in the United States. Zuniga-Arrasola was transported to the Casa Grande Border Patrol Station for further processing. Zuniga-Arrasola was held in administrative custody until his identity could be confirmed along with his immigration and criminal history.

3. Immigration history checks revealed Henry Javier Zuniga-Arrasola to be a citizen of Honduras and a previously deported alien. Zuniga-Arrasola was removed from the United States to Honduras through Albuquerque, New Mexico, on or about February 8, 2017, pursuant to a removal order issued by an immigration official. There is no

record of Zuniga-Arrasola in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal.

4. Furthermore, there is no record of Zuniga-Arrasola in any Department of Homeland Security database to suggest that after his last removal from the United States he entered the United States at an official Port of Entry. Had Zuniga-Arrasola presented himself at a Port of Entry, Department of Homeland Security records likely would reveal that information. Accordingly, your affiant believes that Zuniga-Arrasola entered the United States at a location not designated as an official Port of Entry, and thereby eluded examination and inspection by Immigration Officers of the United States. Zuniga-Arrasola's immigration history was matched to him by electronic fingerprint comparison.

5. On or about September 28, 2017, Henry Javier Zuniga-Arrasola was advised of his constitutional rights. Zuniga-Arrasola freely and willingly acknowledged his rights and did not agree to answer questions or provide a statement under oath.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about September 27, 2017, Henry Javier Zuniga-Arrasola, an alien, was found in the United States of America at or near Casa Grande, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the

United States at or near Albuquerque, New Mexico, on or about February 8, 2017, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony, and on or about September 27, 2017, at or near Casa Grande, in the District of Arizona, Henry Javier Zuniga-Arrasola, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2), a class B misdemeanor.

_____
Albert A. Martinez
United States Border Patrol Agent


Sworn to and subscribed before me
this 28th day of September, 2017.

_____
Michelle H. Burns
United States Magistrate Judge